Thursday, December 5, 2013

No. 13–0442/MC. U.S. v. Charles C. Hornback. CCA 201200241. Appellee's motion to extend time to file a brief granted up to and including December 19, 2013, *and absent extraordinary circumstances, no further extension of time will be granted.*

No. 14–0138/AF. U.S. v. Danny M. Burns. CCA 37847. Appellee's motion for leave to file a corrected copy of the answer to the supplement to the petition for grant of review granted.

